UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 21-cv-616-MMA (MSB)<br><br>**ORDER RE: JOINT MOTION TO EXTEND TIME FOR DEFENDANT GORE'S RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 4] |

　　　Matthew Burgess ("Plaintiff") and Defendant William Gore ("Gore") jointly move "for an Order suspending . . . Gore's deadline to respond [to] Plaintiff's Complaint and also extending Gore's deadline to respond to Plaintiff's intended First Amended Complaint ["FAC"] for twenty one (21) days after Plaintiff serves that amended complaint on the County of San Diego." *See* Doc. No. 4 at 2 (citation omitted).  Good cause appearing and pursuant to Civil Local Rule 12.2 and Federal Rules of Civil

1

Procedure 6(b)(1)(A) and 15(a), the Court **ORDERS** Plaintiff to file a FAC on or before **June 28, 2021** and **ORDERS** Gore to respond to Plaintiff's forthcoming FAC within twenty-one days after Plaintiff serves the FAC on Gore.

    **IT IS SO ORDERED**.

Dated: June 14, 2021

*/s/ Michael M. Anello*

Hon. Michael M. Anello
United States District Judge