# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-616-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 7] |

Plaintiff Matthew Burgess and Defendants David Nisleit and Jeremy Huff ("Defendants") jointly move for an extension of time within which Defendants must answer or otherwise respond to the First Amended Complaint ("FAC"). *See* Doc. No. 7. Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Defendants answer or otherwise respond to the FAC on or before **August 10, 2021**.

**IT IS SO ORDERED.**

Dated: July 1, 2021

　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　United States District Judge