UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS<br><br>Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 21-cv-616-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION TO DISMISS BRIEFING**<br><br>[Doc. No. 15] |

Pending before the Court is Defendants' City of San Diego and Jeremy Huff ("Defendants") motion to dismiss. *See* Doc. No. 14. On September 30, 2021, the parties filed a joint motion to continue the briefing on Defendants' motion to dismiss. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Plaintiff must file his opposition on or before **October 13, 2021**. Defendants must then file their reply, if any, on or before **October 20, 2021**. The Court further **VACATES** the currently scheduled October 18, 2021 hearing on Defendants' motion to dismiss. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1.d.1 and issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: October 4, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge