UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>                    Defendants. | Case No.:  21cv616-MMA (MSB)<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

   The Court held an Early Neutral Evaluation Conference ("ENE") on February 3, 2022.  The case did not settle, but settlement negotiations are ongoing.  Pursuant to the discussions at the ENE, the Court **SETS** a further Settlement Conference ("SC") on **March 8, 2022**, at **9:30 a.m.**, and **CONTINUES** the Case Management Conference ("CMC") previously set for February 3, 2022, to **March 8, 2022**, at **9:30 a.m.**, both to be hosted through the Court's ZoomGov account.  Prior to the start of the SC/CMC, the Court will e-mail counsel and the parties an invitation to join the Zoom video conference.

/ / /

/ / /

/ / /

/ / /

As discussed with counsel for the parties, Defendant Jeremy Huff is **EXCUSED** from appearing at the SC.

**IT IS SO ORDERED**.

Dated:  February 3, 2022

Honorable Michael S. Berg
United States Magistrate Judge