UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>              Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>              Defendants. | Case No.:  21cv616-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION [ECF NO. 27]** |

   On March 21, 2022, the parties filed a joint motion asking the Court to enter their Protective Order.  (ECF No. 27.)  The Court has considered the Proposed Protective Order and, for good cause shown, **GRANTS** the joint motion and **ENTERS** the Proposed Protective Order [ECF No. 27-1] with the following modification:

   1.   Paragraph 15 is hereby modified to read as follows:  "Unless superseded by later order, this Order shall remain in full force and effect after the termination of this Action and the Parties agree that the Court may enforce the terms of this Order and/or redress any violations thereof for a period of **one (1) year** after the conclusion of the case."

   **IT IS SO ORDERED.**

Dated:  March 21, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge

1