UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                    Defendants. | Case No.: 21cv616-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On May 4, 2022, Plaintiff's counsel called the Court to request an informal Discovery Conference regarding subpoena(s) for medical records served by Defendants. Being advised that all counsel are available, the Court **SETS** a telephonic Discovery Conference with counsel for the Parties for **May 6, 2022**, at **12:00 p.m.**  Counsel for Plaintiff is **ORDERED** to arrange the joint call to chambers at (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  May 4, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge