1  MARA W. ELLIOTT, City Attorney
2  M. TRAVIS PHELPS, Assistant City Attorney
   ORLANDO PALIZZOLO, Deputy City Attorney
3  California State Bar No. 308423
4          Office of the City Attorney
           1200 Third Avenue, Suite 1100
5          San Diego, California 92101-4100
           Telephone:  (619) 533-5800
6          Facsimile:  (619) 533-5856
7
8  Attorneys for Defendants City of San Diego and Jeremy Huff
9
10                UNITED STATES DISTRICT COURT
11               SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  Matthew Burgess, | Case No.: 3:21-cv-00616-MMA-MSB |
| 14                          Plaintiff, | **CONSENT ORDER GRANTING** |
| 15  v. | **SUBSTITUTION OF ATTORNEY** |
| 16  County of San Diego, et al., | |
| 17                          Defendants. | |

18

19        Notice is hereby given that, subject to approval by the Court, Defendant City of

20  San Diego and Defendant Jeremy Huff substitute Orlando Palizzolo, State Bar Number

21  308423, as counsel of record in place of Seetal Tejura, Esq. Contact information for new

22  counsel is as follows:

23        Office of the San Diego City Attorney

24        1200 Third Avenue, Suite 1100

25        San Diego, California 92101-4100

26        Telephone: (619) 533-5861. Facsimile: (619) 533-5856.

27        E-Mail: OPalizzolo@sandiego.gov

28  / / /

1    I consent to the above substitution.

2    Date: 8/29/2022

                                                    *Chris Wright*

3                                                   Chris Wright
                                                    Senior Claims Representative
4                                                   Defendant City of San Diego

5    / / /

6    I consent to the above substitution.

7    Date: 8/30/22

8                                                   Defendant Officer Jeremy Huff

9    / / /

10   I consent to being substituted.

11   Date: 8/30/2022

                                                    *Seetal Tejura*

12                                                  Seetal Tejura, Esq.
                                                    Substituted Attorney

13   / / /

14   I consent to the above substitution.

15   Date: August 31, 2022

                                                    *Orlando Palizzolo*

16                                                  Orlando Palizzolo, Esq.
                                                    Substituting Attorney

17   / / /

18   / / /

19   The substitution of attorney is hereby approved and so ORDERED.

20   Date: 9/1/2022

21                                                  Honorable Michael S. Berg
                                                    United States Magistrate Judge

22

23

24

25

26

27

28

                                       2
                    CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

                                                            3:21-cv-00616-MMA-MSB