UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>                          Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                          Defendants. | Case No.:  21cv616-MMA (MSB)<br><br>**ORDER:**<br>**(1) DENYING JOINT MOTION TO MODIFY SCHEDULING ORDER [ECF NO. 39],**<br>**(2) SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE, AND**<br>**(3) CONTINUING EXPERT DESIGNATION DEADLINES** |

On October 6, 2022, the parties filed a "Joint Motion to Modify Scheduling Order," asking the Court to continue their expert designation deadlines by approximately 60 days, their expert disclosures deadlines by approximately 30 days, and their expert discovery cut-off date by just over three weeks.  (ECF No. 39.)  In support, the parties cite a stipulated two-week extension of Defendants' deadline to respond to Plaintiff's written discovery served on September 23, 2022, and the fact that the parties "have been unable to conduct key depositions of Plaintiff and Defendant Officer Huff."  (Id. at 3.)

///

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  This good cause standard "primarily considers the diligence of the party seeking the amendment.  The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment) and collecting cases).  "If that party was not diligent, the inquiry should end." Id.

The Court does not find good cause for the requested amendments to the scheduling order and therefore **DENIES** the joint motion without prejudice.  However, to ensure the parties aren't prejudiced by the Court's denial of this order, the Court **CONTINUES** certain dates as follows:  The expert designation deadline previously set for October 7, 2022, is **CONTINUED** to **November 21, 2022**.  The rebuttal expert designation deadline is **CONTINUED** from October 21, 2022, to **December 5, 2022**.

The Court **SETS** a telephonic Case Management Conference on **October 12, 2022**, at **12:30 p.m.**  Plaintiff's counsel is **ORDERED** to arrange the joint call to chambers at (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  October 7, 2022

Honorable Michael S. Berg
United States Magistrate Judge