UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  21cv616-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On November 28, 2022, counsel for the parties called the Court to request an informal Discovery Conference regarding Defendants' request for an independent medical examination of Plaintiff.  Being advised that all counsel are available, the Court **SETS** a telephonic Discovery Conference with counsel for the Parties for **December 1, 2022**, at **3:30 p.m.**  Defendants' counsel is **ORDERED** to arrange the joint call to chambers at (619) 557-6632.

///
///
///
///
///

The parties must lodge and exchange one-page letter briefs with authority and argument in support of their respective positions on the disputed issue no later than **noon** on **November 30, 2022**. The letter briefs should be lodged by emailing them to efile_berg@casd.uscourts.gov.

**IT IS SO ORDERED.**

Dated:  November 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge