UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>                              Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                              Defendants. | Case No.:  21cv-616-MMA (MSB)<br><br>**ORDER:**<br>**(1) GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER [ECF NO. 45] AND**<br>**(2) SUA SPONTE CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

     Plaintiff Matthew Burgess, Defendant City of San Diego, and Defendant Sergeant Jeremy Huff filed a joint motion on November 29, 2022, to modify the March 8, 2022, scheduling order by continuing specific discovery deadlines by approximately 60 days. (See ECF No. 45.)  In support, they allege that "Defendants require the expert analysis of 1) multiple videos it received the day after the Rule 26 disclosure deadline, and 2) the nature, severity, and causation of the emotional and psychological symptoms Plaintiff continues to attribute to the subject protest."

     Finding good cause, the Court **GRANTS** the motion and modifies the scheduling order as follows:

|  | Original Date: | Continued Date: |
|---|---|---|
| Rule 26(a)(2)(B) and (C) Disclosures | November 21, 2022 | **January 23, 2023** |
| Rule 26(a)(2)(D) Supplemental Disclosure | December 5, 2023 | **February 6, 2023** |
| Fact, Expert Discovery Cutoff | January 5, 2023 | **March 6, 2023** |
| Filing of Dispositive Pretrial Motions | February 3, 2023 | **April 5, 2023** |

Due to a conflict on the Court's calendar, the Court **sua sponte CONTINUES** the telephonic Case Management Conference currently scheduled for January 9, 2023, to **February 2, 2023**, at **2:00 p.m.** Plaintiff's counsel is **ORDERED** to arrange the joint call to Judge Berg's chambers, at (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  December 2, 2022

Honorable Michael S. Berg
United States Magistrate Judge