UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21cv616-MMA (MSB)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS** |

　　　The Court held a Mandatory Settlement Conference on February 27, 2023. The parties reached a tentative settlement of the case, pending approval of the City of San Diego on February 28, 2023, and the terms of the settlement were placed on the record. Considering the settlement, the Court **VACATES** all pending dates before Magistrate Judge Berg. Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

　　　The parties are ordered to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, no later than **April 27, 2023**. A

///
///
///
///

proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed joint motion to dismiss is not filed by April 27, 2023**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **May 4, 2023** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file their joint motion to dismiss on or before **April 27, 2023**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  February 28, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.