```
MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
ORLANDO PALIZZOLO, Deputy City Attorney
California State Bar No. 308423
       Office of the City Attorney
       1200 Third Avenue, Suite 1100
       San Diego, California 92101-4100
       Telephone:  (619) 533-5800
       Facsimile:   (619) 533-5856
```

Attorneys for Defendants City of San Diego and Jeremy Huff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  3:21-cv-00616-MMA-MSB<br><br>**JOINT MOTION TO DISMISS** |

　　　To the Court, and to all parties and their attorneys of record:

　　　Plaintiff Matthew Burgess, Defendant City of San Diego, and Defendant Jeremy Huff stipulate, and jointly move the Court, through their designated counsel that the entire above-captioned action of all parties and all causes of action be and hereby is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties further stipulate that each party shall bear his or its own costs and attorney's fees.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

For Plaintiff Matthew Burgess:

DANTE T. PRIDE (SBN 262362)
dpride@pridelawfirm.com
ZACHARY I. AVINA (SBN 325460)
zavina@pridelawfirm.com
**THE PRIDE LAW FIRM**
2831 Camino Del Rio S., Suite 104
San Diego, California 92108
Telephone: 619-516-8166
Facsimile: 619-785-3414

Dated: March 6, 2023          **THE PRIDE LAW FIRM**

By _____
DANTE T. PRIDE
ZACHARY FREIRE- AVINA

Attorneys for Plaintiff

/ / /

For Defendant City of San Diego and Defendant Jeremy Huff:

MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
ORLANDO PALIZZOLO, Deputy City Attorney
    California State Bar No. 308423
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:         (619) 533-5800
    Facsimile:          (619) 533-5856

Dated:  March 1, 2023          MARA W. ELLIOTT, City Attorney

By _____
Orlando Palizzolo
Deputy City Attorney

Attorneys for Defendants