# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURGESS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN DIEGO; JEREMY HUFF, in his individual capacity; and DOES 1 through 25;<br><br>    Defendants. | Case No. 21-cv-616 MMA (MSB)<br><br>**DECLARATION OF SERVICE** |

I, the undersigned declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101.

On April 28, 2023, I served the following document(s):

- **JOINT MOTION TO DISMISS WITH PREJUDICE**

on the following parties in this action:

| | |
|---|---|
| Dante T. Pride (SBN 262362)<br>**THE PRIDE LAW FIRM**<br>2831 Camino Del Rio S, Suite 104<br>San Diego, California 92108<br>Telephone: 619-516-8166<br>Facsimile: 619-785-3414 | dpride@pridelawfirm.com<br>Zavina@pridelawfirm.com<br>jpride@pridelawfirm.com<br>swhite@pridelawfirm.com<br><br>*Attorneys for Plaintiff Matthew Burgess* |

**PROOF OF SERVICE**

Document Number: 3119516

[ X ]  **(BY E-MAIL)** I caused to be served by electronically mailing a true and correct copy through electronic mail system to the e-mail addressee(s) set forth above, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.  [CCP § 1010.6]

[   ]  **(BY PERSONAL SERVICE)** I provided copies to Nationwide Legal for personal service on this date, _____, **as to the law office of** _____ at the address indicated above.  A certificate of service signed by Nationwide Legal will be filed with the Court upon request. [CCP § 1011]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 28, 2023, at San Diego, California.

*Laura Arehart*

Laura Arehart
Legal Secretary

**PROOF OF SERVICE**

Document Number: 3119516